JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>GENESIS GAMING SOLUTIONS, INC., et al.,<br><br>           Defendants. | Case No. SACV 11-00189 AG (RNBx)<br>and   SACV 13-00720 AG (RNBx)<br><br><br>**FINAL JUDGMENT AS TO AMERANTH AND CALIFORNIA COMMERCE CLUB, INC.** |

**FINAL JUDGMENT IS HEREBY ENTERED** as follows:

1. Ameranth, Inc.'s ("Ameranth") claims against California Commerce Club, Inc. ("Commerce") for infringement of U.S. Patent No. 7,431,650 asserted in the Third Amended Complaint in the SACV 11-00189 AG (RNBx) action are DISMISSED with prejudice;

2. Ameranth's claims against Commerce for infringement of U.S. Patent No. 8,393,969 asserted in the Complaint in the SACV 13-00720 AG (RNBx) action are DISMISSED with prejudice;

3. Commerce's declaratory relief counterclaims in both the SACV 11-00189 AG (RNBx) and the SACV 13-00720 AG (RNBx) actions are DISMISSED without prejudice.

4. Commerce shall recover its taxable costs.

DATED: April 22, 2015

_____
Andrew J. Guilford
United States District Judge